**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 13-05056-CR-SW-BP-01 |
| | ) | |
| RICARDO VARGAS-VILLALOBOS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This case comes before the Court on Defendant Richardo Vargas-Villalobos' Motion to Suppress Defendant's Statements and All Evidence Derived Thereby. (Doc. 26.) United States Magistrate Judge David P. Rush has recommended that this Court enter an Order denying Defendant's Motion. (Doc. 31.) Defendant filed objections to the Report and Recommendation. (Doc. 32.)

After an independent and careful review, the Court **OVERRULES** Defendant's Objections to the Report and Recommendation, (Doc. 32), and **ADOPTS** Judge Rush's Report and Recommendation. (Doc. 31.) Accordingly, Defendant's Motion to Suppress Defendant's Statements and All Evidence Derived Thereby, (Doc. 26), is **DENIED**.

**IT IS SO ORDERED.**

/s/Beth Phillips
BETH PHILLIPS, JUDGE
UNITED STATES DISTRICT COURT

DATE:  12/11/2014